Reneé Drake
6240 Kolter Lane
Midlothian, Texas 76065

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/9/2015 12:38:18 PM
LISA MATZ
Clerk

January 9, 2015

Lisa Matz
Clerk of the Court
Fifth Court of Appeals
600 Commerce Street
Suite 200
Dallas, Texas 75202

Re: Court of Appeals Number: 05-15-00016-CV
Trial Court Case Number: DC-14-11551
Style: James David Horton, et al v. Susan McMillion Martin, et al

Dear Mrs. Matz,

Yesterday I received notice from David Langford, the court reporter for the 44th District Court, of an appeal in the above-mentioned cause. I was out of the office on that day and Gina Udall, the substitute reporter that I used, was in attendance.

I attempted to reach her yesterday by phone and e-mail to inform her of the appeal. I attempted again this morning. She called me back. She is in Minnesota on vacation. From what I found on line, I told her that my understanding is that it is an accelerated appeal. She will not be back until next week.

I attempted to contact Mr. Mealer, but he is out of the office until maybe this afternoon. So I don't know when the deadline is for the appeal. Therefore, I don't know if Gina will need an extension because of the accelerated appeal.

Respectfully submitted,

/s/ *Reneé Drake*

Reneé Drake